```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16133
    JOHN JOSEPH FLUDER
    MARIA VILLARREAL FLUDER                     CHAPTER 13

                                                JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-2020      SSN XXX-XX-3215

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/07/06 and confirmed on 03/15/07.

     2.  The case was converted to Chapter 7 after confirmation, 04/04/2008.

     3.  The Debtor paid a total of $    6630.00 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
GMAC RESCAP LLC           CURRENT MORTG          .00              .00           .00
GMAC RESCAP LLC           MORTGAGE ARRE          .00              .00           .00
SOVEREIGN BANK            SECURED                .00              .00           .00
SOVEREIGN BANK            MORTGAGE ARRE      1225.00              .00           .00
KENDALL COUNTY COLLECTOR  SECURED            8726.54              .00        539.23
BENEFICIAL FINANCE CORPO  SECURED             250.00             3.52        147.52
BENEFICIAL FINANCE CORPO  SECURED            1650.00            26.93        381.60
DELL FINANCIAL            SECURED             200.00             2.81        149.23
AMERICAN HONDA FINANCE C  SECURED VEHIC     17390.65          1350.13       1742.12
ILL DEPT OF EMPLOYMENT S  PRIORITY          NOT FILED             .00           .00
CAPITAL ONE BANK          UNSECURED          1147.11              .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED           935.61              .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED          6893.18              .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED          2179.30              .00           .00
OYDESSY PROTECTION SYSTE  UNSECURED         NOT FILED             .00           .00
BENEFICIAL FINANCE CORPO  UNSECURED           661.96              .00           .00
BENEFICIAL FINANCE CORPO  UNSECURED          4354.49              .00           .00
DELL FINANCIAL            UNSECURED          1173.55              .00           .00
         Summary of disbursements:

                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  29442.19         .00     17345.20         .00      46787.39
PRINCIPAL PAID       2959.70         .00          .00         .00       2959.70
INTEREST PAID        1383.39         .00          .00         .00       1383.39
TOTAL PAID           4343.09         .00          .00         .00       4343.09
The Debtor's attorney, JUNE PRODEHL & RENZI           , was allowed $   3500.00
and was paid $    800.00  direct and $   2000.00  through the plan.

The Trustee received $     286.91 .
```

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                    /S/
                                    GLENN STEARNS
                                  CHAPTER 13 TRUSTEE